### EDWARDS v. BROWNLOW et al.

(Court of Appeals of District of Columbia. Submitted December 6, 1920. Decided February 7, 1921.)

No. 3453.

Appeal from the Supreme Court of the District of Columbia.

Mandamus by W. Walton Edwards against Louis Brownlow and others. From a judgment refusing the writ, petitioner appeals. Reversed and remanded, with directions to issue the writ.

W. W. Edwards, of Washington, D. C., for appellant.

F. H. Stephens and R. L. Williams, both of Washington, D. C., for appellees.

VAN ORSDEL, Associate Justice. This is a companion appeal to No. 3450, this day decided. The application was for a permit to erect a building to be used as a delicatessen, and was refused upon the same ground as in the Schwartz Case, —— App. D. C. ——, 270 Fed. 1019.

For the reasons therein stated, the judgment is reversed, with costs, and the cause is remanded, with directions to issue the writ as prayed for in the petition.

Reversed and remanded.